**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 07 2017

JAMES W. McCORMACK, CLERK
By: _____ Tammy C. /s/
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:17CR00243 BSM |
| vs. | ) | |
| | ) | |
| JUSTIN MICHAEL TARINELLI | ) | Title 21, U.S.C. § 841(a)(1) |
| | ) | Title 18, U.S.C. § 3013 |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States respectfully requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

PATRICK C. HARRIS
ACTING UNITED STATES ATTORNEY

*/s/*

By: MICHAEL GORDON
TX Bar # 00795383
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203
501-340-2600
michael.gordon@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

9/07/2017
DATE

_____
UNITED STATES MAGISTRATE JUDGE