FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 07 2017

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:17CR00243 BSM |
| v. | ) | |
| | ) | |
| JUSTIN MICHAEL TARINELLI | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| | ) | 18 U.S.C. § 3013 |
| | ) | 18 U.S.C. § 3571 |
| | ) | 18 U.S.C. § 3583 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

On or about September 16, 2015, in the Eastern District of Arkansas, the defendant,

JUSTIN MICHAEL TARINELLI,

knowingly and intentionally possessed with the intent to distribute 5 grams or more but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

[End of text. Signature page to follow.]

1