**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   NO. 4:17-CR-00243 BSM |
| | ) |
| **JUSTIN MICHAEL TARINELLI** | ) |

**MOTION FOR CONTINUANCE**

Comes the Defendant, Justin Michael Tarinelli, by his attorney, Danny W. Glover, and for his Motion for Continuance states to the court as follows:

1. This matter is set for trial on October 23, 2017.

2. Counsel for the Defendant needs additional time to complete discovery. The Defendant respectfully requests this matter be continued.

3. Counsel for Defendant has conferred with opposing counsel. Opposing counsel does not object.

**WHEREFORE**, the Defendant prays that this matter be continued.

Respectfully Submitted,

GLOVER & ROBERTS
Attorneys for Defendant

By: /s/Danny W. Glover
 Danny W. Glover   #93119
 405 Hwy 64 W
 Post Office Box 844
 Wynne, AR 72396
 Ph: (870) 238-2412
 Fax: (870) 238-2599
 E-mail: dgloverfed@hotmail.com

**CERTIFICATE OF SERVICE**

 I do hereby certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Michael S. Gordon
Assistant U.S. Attorney
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

               /s/Danny W. Glover
               Danny W. Glover