IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:17CR00243 BSM |
| | ) | |
| JUSTIN MICHAEL TARINELLI | ) | |

## **MOTION TO DISMISS**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States of America, through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant U.S. Attorney for said district, hereby moves for leave of Court to dismiss the Indictment against JUSTIN MICHAEL TARINELLI in this case. TARINELLI has been indicted in a related case in the Eastern District of Arkansas, and the instant case is being incorporated into that prosecution.

WHEREFORE, for the above reason, the United States respectfully requests leave of Court to dismiss the Indictment in this case against JUSTIN MICHAEL TARINELLI.

Respectfully submitted,

CODY HILAND
United States Attorney

By   /s/ Michael Gordon
MICHAEL GORDON
TX Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2600
E-mail: michael.gordon@usdoj.gov

<u>Certificate of Service</u>

I hereby certify that on December 7, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to the following:

Danny Glover

    /s/ Michael Gordon
MICHAEL GORDON
TX Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2600
E-mail: michael.gordon@usdoj.gov