IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                          CASE NO. 4:17CR00243-01 BSM

JUSTIN MICHAEL TARINELLI                                                                         DEFENDANT

## ORDER

The government's motion to dismiss the indictment against Justin Michael Tarinelli [Doc. No. 16] is granted and the indictment [Doc. No. 3] is dismissed without prejudice. *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 13th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE